UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN LEE WOODS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-12469** |
| **ST. TAMMANY PARISH JAIL, ET AL.** | **SECTION: T(4)** |

## ORDER

Before the Court is a Report and Recommendation[1] issued by Magistrate Judge Karen Wells Roby recommending that the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)[2] filed by the defendants, St. Tammany Parish Jail, Jan Smith, and Jessica Chatelain, be **DISMISSED WITHOUT PREJUDICE** as moot. The Report and Recommendation[3] further recommends that John Lee Woods's § 1983 claims against the defendants, St. Tammany Parish Jail, Corporal Jan Smith, and Lieutenant Jessica Chatelain, be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A and 42 U.S.C. § 1997e. Considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections, the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)[4] filed by the defendants, St. Tammany Parish Jail, Jan Smith, and Jessica Chatelain, is **DISMISSED WITHOUT PREJUDICE** as moot. **IT IS FURTHER ORDERED** that John Lee

---

[1] R. Doc. 13.
[2] R. Doc. 9.
[3] R. Doc. 13.
[4] R. Doc. 9.

Woods's § 1983 claims against the defendants, St. Tammany Parish Jail, Corporal Jan Smith, and Lieutenant Jessica Chatelain, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A and 42 U.S.C. § 1997e.

    **New Orleans, Louisiana**, on this 21st day of August, 2020.

                                                    **GREG GERARD GUIDRY**
                                            **UNITED STATES DISTRICT JUDGE**